NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHERYL L. SWANSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2014-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-265, Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Eric K. Shinseki, the Secretary of Veterans Affairs moves for a 21-day extension of time, until March 20, 2014, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        SWANSON v. SHINSEKI

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27